The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-171-JCC-7 |
|---|---|
| Plaintiff, | (~~Proposed~~) |
| v. | ORDER OF DISMISSAL |
| LINGFENG LEI, | |
| Defendant. | |

This matter comes before the Court upon the notice of the United State for leave to dismiss all pending charges in this matter as to Defendant Lingfeng Lei.

IT IS HEREBY ORDERED:

All pending charges in the above-captioned case as to Defendant Lingfeng Lei are

//
//
//

ORDER OF DISMISSAL - 1
*United States v. Lingfeng Lei*, CR20-171-JCC-7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

dismissed, without prejudice.

Dated this 13th day of February 2024.

_____
JOHN C. COUGHENOUR
United States District Judge

Presented by:

*s/ Joseph C. Silvio*
JOSEPH C. SILVIO
Assistant United States Attorney

ORDER OF DISMISSAL - 2
*United States v. Lingfeng Lei*, CR20-171-JCC-7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970